NOTE 1

- Did Pacific Cycle offer to settle outside of court & how much?

- Did ~~insurance~~ health insurance cover any medical? How much was the Bunches out of pocket — $103,000?

FILED IN OPEN COURT
5-7-15
James N. Hatten, Clerk
By Samuel M Johnston
Deputy Clerk