FILED IN OPEN COURT
5-7-15
James N. Hatten, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

DEANNA BUNCH and KEVIN BUNCH,
Individually, and as parents, next
friends and guardians of KB, a minor,

    Plaintiffs,

v.

CIVIL ACTION FILE
NO. 4:13-CV-0036-HLM

PACIFIC CYCLE, INC., d/b/a
Schwinn Bicycles,

    Defendant.

## VERDICT FORM

1. Was the Schwinn Sidewinder bicycle defectively designed at the time it was originally sold?



  ✓ YES                  NO

If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, do not answer further questions. Instead, have your foreperson sign the verdict form and notify the bailiff that you have reached a verdict.

2. If the Schwinn Sidewinder bicycle was defective in design when originally sold, was that defect a proximate cause of Plaintiffs' injuries?



  ✓ YES                  NO

If you answered "Yes" to Question 2, proceed to Question 3. If you answered "No" to Question 2, do not answer further questions. Instead, have your foreperson sign the verdict and notify the bailiff that you have reached a verdict.

3. State the amount of damages to which Plaintiffs are entitled:

$ 50,000
Medical Expenses

$ 500,000
Non-economic losses

Date: 5·7·15

*April Michelle Smith*
FOREPERSON

2

AO 72A
(Rev.8/8
2)