UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DEANNA BUNCH and KEVIN BUNCH, Individually, and as parents, next friends and guardians of KB, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC CYCLE, INC., d/b/a/ Schwinn Bicycles,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 4:13-cv-036-HLM |

## JUDGMENT ON JURY VERDICT

This action came on for trial before a jury and the Court, the Honorable Harold L. Murphy, U.S. District Judge presiding. The issue of damages having been presented, and the jury having rendered its verdict, it is

**Ordered and Adjudged** that the Plaintiff, Deanna Bunch and Kevin Bunch, Individually, and as parents, next friends and guardians of KB, a minor, recover of the Defendant, Pacific Cycle, Inc., d/b/a/ Schwinn Bicycles, the sum of Fifty Thousand and 00/100 Dollars ($50,000.00) Medical Expenses and Five Hundred Thousand and 00/100 Dollars ($500,000.00) Non-economic losses, with interest thereon at the rate as provided by law, together with costs.

JAMES N. HATTEN
CLERK OF COURT

By: _Samuel M. Johnston_
Deputy Clerk

Filed and entered
in the Clerk's Office
  May 8, 2015
James N. Hatten
Clerk of Court

By: _Jack_
   Deputy Clerk